CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 23, 2024
LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

|  |  |  |
|---|---|---|
| GREGORY T. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:22-cv-00690 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| ROANOKE CITY JAIL et al., | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Gregory T. Nelson, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. On June 17, 2024, Defendants jointly moved to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 26.) On June 21, 2024, the Court ordered Plaintiff to respond to Defendants' motion within 21 days and advised Plaintiff that his failure to respond could result in dismissal of this action. (Order, June 21, 2024 [ECF No. 28].)

More than 21 days have elapsed from the date of the Court's order, and Plaintiff has not responded to Defendants' motion. Accordingly, the Court will dismiss this action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to forward a copy of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 23rd of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE